PROB 35
(Rev. 10/14)

Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF MISSISSIPPI

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Crim. No. 1:13CR00069-001 |
| Paul Griffith | |

On January 15, 2014, the above named was placed on supervision for a period of five (5) years. The supervisee has complied with the rules and regulations and is no longer in need of supervision. It is accordingly recommended that the supervisee be discharged from supervision.

Respectfully submitted,

Rose S. Barefield,
Senior U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervisee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 11TH day of September 2017.

Sharion Aycock
Chief U.S. District Judge